IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LUISA LIBERTO, et al.,  :
    Plaintiffs  :
                                    :      No. 4:17-cv-2320
v.  :
                                    :      (Judge Kane)
GEISINGER HOSPITAL, et al.,  :
    Defendants  :      (Magistrate Judge Carlson)
                                    :

## ORDER

Before the Court in the above-captioned action is the July 30, 2018 Report and Recommendation of Magistrate Judge Carlson. (Doc. No. 35.) No timely objections have been filed. **ACCORDINGLY**, on this 17th day of August 2018, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 35), of Magistrate Judge Carlson;

2. Defendants' Motion to Dismiss (Doc. No. 32), is **GRANTED in part** as follows:

    A. The individual Defendants previously named in this action (excluding Geisinger Hospital) are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** them as Defendants in this action;

    B. Plaintiff Jeffrey Liberto's Title VII and ADA claims are **DISMISSED**;

    C. Plaintiffs' amended complaint is **DISMISSED without prejudice** to the Plaintiffs' ability to file a second amended complaint in an effort to correct the deficiencies in the amended complaint identified in Magistrate Judge Carlson's Report and Recommendation, within twenty (20) days of the date of this Order; and

3. This matter is recommitted to Magistrate Judge Carlson for further pretrial proceedings.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania